# EXHIBIT A

----- Forwarded Message -----
From: Patrick Finneran <messenger@plusportals.com>
To:
Sent: Tuesday, May 7, 2019 8:27 AM
Subject: Parent Letter regarding Jeffrey Scofield - May 7

Dear Parents,

Thank you for your patience and understanding throughout the last week. Our school community has experienced a shocking breach of trust by a now former employee who had been a trusted member of our school community for many years. We acted immediately upon being notified of the situation, and we have attempted to keep you up-to-date on the pertinent information as the events unfolded. This letter comes to you today to continue to share information and our response to this disturbing event. When the school was built twenty years ago, windows were installed in three of the coaches' offices to allow for monitoring of the PE and sports locker rooms. We are currently working to have those windows permanently removed and bricked in. In the meantime, plywood has been installed (Monday afternoon) to temporarily cover those windows until the contractors can permanently rectify the situation later this week. Additionally, some inaccurate/misleading information has been circulated. Please refer to the City of Charleston Police Department's press release and the release from the Diocese of Charleston that were sent to you last week in order to avail yourself of the accurate information related to the situation.

As with all things, our primary responsibility is for our students. We are blessed to have Father Babick and our school counselors available throughout the school day to speak with anyone who feels the need to discuss the situation. If you feel that your child needs additional counseling, Louisa Storen, Victim Advocate for the Diocese of Charleston (843-921-8122), is another resource available to our students and their families.

We will meet collectively with our students this afternoon to talk about the issue and to ensure that they are all aware of the resources available to them. While it is not possible to "make sense" of the choice that was made, we hope to assist our students and encourage them to process by talking with their parents and school personnel so that we can all move forward from this event acting in a Christ-like manner.

The Bishop England High School community will weather this storm thanks to the prayers and good works of all of those who choose to act in its best interest. If you have any questions or concerns, please feel free to reach out to me. Again, thank you for your continued support of Bishop England High School.

God bless,

**Patrick Finneran**
Principal
Bishop England High School