United States District Court
District of South Carolina
Charleston Division

| | |
|---|---|
| John Doe 197, | C/A: 2-22-cv- |
| Plaintiff, | |
| vs. | Verification |
| The Bishop of Charleston, a Corporation Sole, The Bishop of the Diocese of Charleston, in his official capacity, and Rev. Fr. Bryan Babick, | |
| Defendants. | |

PERSONALLY appeared before me John Doe 197 who, being first duly sworn, deposes and says that he is the Plaintiff in the within action; that he has read the Summons and Complaint in the above captioned case and that all matters alleged therein are true to the best of his knowledge, save and except those matters alleged on information and belief, and, as to those he believes them to be true.

*John Doe 197*
John Doe 197
Proper name will be disclosed to Defendants

SWORN TO AND SUBSCRIBED BEFORE ME

This 11 day of March, 2022

*Larkin W. Hegler*

Notary Public for the State of South Carolina

My Commission Expires: April 8, 2030