# EXHIBIT C

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 2:22-CV-00816-DCN

Plaintiff:
**John Doe 197**

vs.

Defendant:
**The Bishop of Charleston, a Corporation Sole, et. al.**

For:
Lawrence Richter
THE RICHTER FIRM, P.A.
622 Johnnie Dodds Blvd.
Mt. Pleasant, SC 29464

Received by FALCON EXPRESS SERVICES, LLC to be served on **Rev. Fr. Bryan Babick, 56 Center Street, Folly Beach, SC 29439**.

I, Margaret B. Buchanan, being duly sworn, depose and say that on the **15th day of March, 2022** at **1:02 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ATTACHMENT TO SUMMONS, COMPLAINT, EXHIBITS, VERIFICATION and PLAINTIFF'S ANSWERS TO RULE 26.01 INTERROGATORIES** to: **Rev. Fr. Bryan Babick** at the address of: **56 Center Street, Folly Beach, SC 29439**, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 47, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Light Brown, Glasses: N

Is the place of service the dwelling / usual place of abode for the party served? ( ) Yes (X) No ( ) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 16th day of March, 22 by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires: 4/29/29

Margaret B. Buchanan
Process Server

FALCON EXPRESS SERVICES, LLC
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: FES-2022001617

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b