# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

### CIVIL ACTION NO.: 2:22-CV-00816-DCN

| | |
|---|---|
| John Doe 197,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The Bishop of Charleston, a Corporation Sole, The Bishop of the Diocese of Charleston, in his official capacity, and Rev. Fr. Bryan Babick,<br><br>　　　　　Defendants. | **DEFENDANTS' LOCAL RULE 26.01 INITIAL DISCLOSURES** |

　　　　Defendants Bishop of Charleston, a Corporation Sole (subject to, and without waiving the objection to naming The Bishop of Charleston, in his official capacity, as a party (hereinafter "Diocese") submit the following Disclosures pursuant to Local Rule 26.01:

　　　　(A)　　State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**　　**None.**

　　　　(B)　　As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**　　**Plaintiff has requested a trial before a jury.**

　　　　(C)　　State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partier, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**　　**Bishop of Charleston, a Corporation Sole, is not publicly owned.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:    Not applicable.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related such that they should be assigned to a single judge will be determined by the Clerk of Court based on determination of whether the cases; arise from the same or identical transaction, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:    No.**

(F)    If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:    Bishop of Charleston, a Corporation Sole is properly identified. The ecclesiastical office "the Bishop of the Diocese of Charleston, in his official capacity" is not properly named as a party defendant.**

(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:    Defendants are not aware of any other person or legal entity that may be liable in whole or in part at this time.**

TURNER, PADGET, GRAHAM & LANEY, P.A.

s/Richard S. Dukes, Jr.
Richard S. Dukes, Jr., Federal ID No.:7340
40 Calhoun Street, Suite 200 (29401)
Post Office Box 22129
Charleston, South Carolina 29413-2129
Telephone:  843-576-2810
Facsimile:   843-577-1646
Email: rdukes@turnerpadget.com

ATTORNEYS FOR DEFENDANTS

April 1, 2022
Charleston, South Carolina