**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

**CIVIL ACTION NO.: 2:22-CV-00816-DCN**

| | |
|---|---|
| John Doe 197, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| The Bishop of Charleston, a Corporation Sole, The Bishop of the Diocese of Charleston, in his official capacity, and Rev. Fr. Bryan Babick, | ) **MOTION TO STAY DISCOVERY**<br>) **PENDING RULING ON SUBJECT**<br>) **MATTER JURISDICTION**<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**COME NOW**, Defendants, The Bishop of Charleston, a Corporation Sole, The Bishop of the Diocese of Charleston, in his official capacity, by and through their undersigned attorneys, hereby moving the Court to stay all discovery pending a ruling on their motion to dismiss this action pursuant to Rule 12(b)(1) [ECF 18]. In support the Diocese Defendants show as follows:

1. The Diocese has asserted that this Court lacks subject matter jurisdiction over this matter because there is no federal question supporting jurisdiction under 28 U.S.C. §1331.

2. If that motion is granted, this entire matter will be disposed of.

3. It serves judicial economy, as well as the convenience of the parties and witnesses, to stay all written discovery and depositions until the motion to dismiss [ECF 18] has been resolved.

4. Pursuant to Rule 7.02, counsel for the Diocese requested Plaintiff's consent to this motion, but no response has been received.

1

5.  A full explanation of the grounds for this motion is contained in this filing and a memorandum would serve no useful purpose.

Respectfully submitted,

**TURNER PADGET GRAHAM LANEY, PA**

s/*Richard S. Dukes, Jr.*
Richard S. Dukes, Jr., Federal ID No. 7340
40 Calhoun Street, Suite 200
Charleston, SC 29401
Phone: (843) 576-2810
Email: RDukes@turnerpadget.com

**ATTORNEYS FOR DIOCESE DEFENDANTS**

July 20, 2022