# *Rouhi v. Kettler*

United States Court of Appeals for the Fourth Circuit

December 17, 2020, Submitted; December 21, 2020, Decided

No. 20-1791

**Reporter**

831 Fed. Appx. 636 *; 2020 U.S. App. LEXIS 39960 **; 2020 WL 7493072

TAMARA ROUHI, Plaintiff - Appellant, v. KETTLER; HABITAT AMERICA LLC, Defendants - Appellees.

**Notice:** PLEASE REFER TO *FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1* GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.

**Subsequent History:** US Supreme Court certiorari denied by *Rouhi v. Kettler, 2021 U.S. LEXIS 4539 (U.S., Oct. 4, 2021)*

**Prior History: [**1]** Appeal from the United States District Court for the District of Maryland, at Baltimore. (1:19-cv-03052-SAG). Stephanie A. Gallagher, District Judge.

*Rouhi v. Kettler, 2020 U.S. Dist. LEXIS 111160, 2020 WL 3451871 (D. Md., June 24, 2020)*

**Disposition:** AFFIRMED.

**Counsel:** Tamara Rouhi, Appellant, Pro se.

Charles Lester Simmons, Jr., WHITEFORD, TAYLOR & PRESTON, LLP, Baltimore, Maryland; Mark Anthony Kozlowski, LAW OFFICES OF JONATHAN P. STEBENNE, London, Kentucky; Louis C. Long, Charles Benjamin Peoples, THOMAS, THOMAS & HAFER, LLP, Washington, D.C., for Appellees.

**Judges:** Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

# Opinion

**[*636]** PER CURIAM:

Tamara Rouhi appeals the district court's order dismissing her complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rouhi v. Kettler, No. 1:19-cv-03052-SAG, 2020 U.S. Dist. LEXIS 111160 (D. Md. June 24, 2020)*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

**End of Document**